IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1833 (consolidated with 07-cv-1788-AP)**

**ULYSSES S. GRANT,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On December 3, 2008, this court issued an Order to Show Cause requiring that Plaintiff show cause in writing on or before December 22, 2008, why this case should not be dismissed for failure to prosecute. To date, no such showing has been made. It is, therefore

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 6th day of January, 2009.

                          BY THE COURT:

                          *S/John L. Kane*
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT